IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:22-CV-325-KFP |
| | ) | |
| HOUSTON COUNTY HEALTH CARE | ) | |
| AUTHORITY D/B/A SOUTHEAST | ) | |
| HEALTH, | ) | |
| | ) | |
| Defendants. | ) | |

**STANDARD BRIEFING ORDER**

It is ORDERED:

Dispositive Motions: Responses to dispositive motions are due **21 days** after filing of the motion, and any reply is due within **14 days** of the response. After the briefing period has expired, the Court will take the motions under consideration without further notice to the parties.

Non-Dispositive Motions: Before filing a motion, the parties must confer in good faith to resolve disputes, stipulate to points of agreement, and narrow any remaining issues. The movant must indicate in the motion whether the motion is opposed. Failure to confer or make the required indication in the motion will be grounds for denial.

Opposed, Non-Dispositive Motions: Responses to opposed, non-dispositive motions are due **14 days** after filing of the motion, and any reply is due within **7 days** of the response.

Briefs: All briefs that exceed twenty pages must include a table of contents, a table of authorities, and delineated sections. The discussion of evidence must be accompanied by a specific reference by page and line where the evidence can be found in a supporting deposition or document. Failure to make this specific reference will result in the evidence not being considered by the Court. The movant must file its brief and evidentiary submissions simultaneously with the motion. Any party who files depositions or deposition excerpts must include travel transcripts with an index, if available. Failure to comply strictly with these provisions could result in dismissal of the motion or appropriate sanctions. Absent a showing of exceptional circumstances, the dispositive motion deadline and the briefing deadlines will not be extended.

Hearings: The Court will set a hearing if it determines that a hearing will be helpful or necessary.

DONE this 2nd day of February, 2023.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE