IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA EVANS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 1:22-CV-325-KFP |
| HOUSTON COUNTY HEALTH CARE AUTHORITY D/B/A SOUTHEAST HEALTH, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Upon consideration of the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 20), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's action against Defendant has been dismissed with prejudice by operation of Rule 41 on the terms agreed to by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 27th day of March, 2023.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE